IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UCHECHI AMUNEKE-NZE, | § | |
| Plaintiff, | § | |
| v. | § | 1:23-CV-337-RP |
| KELLY CRAIN, et al., | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation. (R. & R., Dkt. 17). The Court's Order dismissed Plaintiff's state law claims without prejudice and her RICO and §1983 claims with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on September 18, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE